SCAD-18-0000796

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

WILLIAM H. WHITEHEAD, III,
Respondent.

ORIGINAL PROCEEDING
(ODC 18-O-007)

<u>ORDER DENYING PETITION FOR RECIPROCAL DISCIPLINE</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the reply filed by Respondent William H. Whitehead III to this court's November 7, 2018 notice and order of contemplated reciprocal discipline, pursuant to Rule 2.15(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and the record in this matter, it clearly appears that the conduct established therein does not warrant discipline in this jurisdiction. Therefore,

IT IS HEREBY ORDERED that the petition from the Office of Disciplinary Counsel for the imposition of reciprocal discipline is denied.

DATED: Honolulu, Hawaiʻi, February 6, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

